UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN NOTTINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06-cv-735-JDT-TAB |
| ) | |
| JUDGE SARAH EVANS BARKER, et al., ) | |
| ) | |
| Defendants. ) | |

**Order Directing Treatment of Further Lawsuits**

The court having this day issued its Entry imposing restricted filer status on plaintiff John Nottingham, and having directed in Part III of that Entry the issuance of an appropriate injunction,

**IT IS THEREFORE ORDERED** that John Nottingham, and anyone filing on his behalf, is **enjoined** from filing new lawsuits in this court after this Order is docketed, except as follows:

1. The clerk shall create and maintain a miscellaneous file with the general title "In re John Nottingham." A copy of this Order shall be placed in the miscellaneous file.

2. Whenever Nottingham, whether using that name or some other name, or someone acting on his behalf, proffers a new lawsuit for filing, the clerk or her designated deputy shall accept the papers, stamp them "received" (rather than "filed") and forward them to the then-current motions judge for the Indianapolis Division for review.

3. The court will examine any documents tendered by Nottingham and determine whether or not they should be filed. The court will deny leave to file the documents if they are merely duplicative of matters already litigated or currently pending, are, legally frivolous or are otherwise improper.

4. If the court enters an order denying leave to file the materials, the clerk shall retain the order and a copy of the materials in the miscellaneous file and cause a copy of the order to be mailed to Nottingham.

5. If the court enters an order granting leave to file the materials, the clerk shall cause the materials to be processed in accord with the order which is issued.

6. This screening requirement shall not apply to filings in cases already pending in this court as of this date, nor to filings appealing this Order. This Order may be modified as the requirements of equity may demand. This Order shall expire two (2) years after it is issued, without further order of this court, but if the Order does not accomplish its intended purpose, the court may consider modifying or extending the order.

**Note:** The foregoing restrictions in John Nottingham's filing in this court do not apply to a criminal prosecution, if any, in which he is a defendant or an action for habeas corpus relief.

    **IT IS SO ORDERED**.

Date: 06/02/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648